IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JOSHUA J. KELLER, | : | Case No. 3:14-cv-00362 |
| Plaintiff, | : | Judge Thomas M. Rose<br>Chief Magistrate Judge Sharon L. Ovington |
| v. | : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 17) TO
THE REPORT AND RECOMMENDATIONS (DOC. 16); ADOPTING THE
REPORT AND RECOMMENDATIONS (DOC. 16) IN THEIR ENTIRETY;
AFFIRMING THE COMMISSIONER'S NON-DISABILITY
DETERMINATION; AND TERMINATING THIS CASE**

This is an action under 42 U.S.C. § 405(g) for review of the decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff Joshua J. Keller's application for supplemental security income. On January 11, 2016, Chief Magistrate Judge Sharon L. Ovington entered a Report and Recommendations (Doc. 16), which recommended that this Court affirm the Commissioner's decision. On January 28, 2016, Plaintiff filed Objections (Doc. 17) to the Report and Recommendations, in response to which the Commissioner filed a Response (Doc. 18) on February 2, 2016. This matter is therefore ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections (Doc. 17) to the Report and Recommendations (Doc. 16) are not well taken and they are hereby **OVERRULED**. The Court **ADOPTS** the Report and Recommendations

(Doc. 16) in their entirety and therefore **AFFIRMS** the Commissioner's decision that Plaintiff had not been under a benefits-qualifying disability since August 24, 2011, the date he applied for supplemental security income. The Clerk is **ORDERED** to terminate this case on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, February 16, 2016.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE